■ DANIEL CHAMBERLAIN, Appellant, v LARISSA DUNDON et al., Respondents. (Appeal No. 3.) [876 NYS2d 922]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered April 2, 2008 in a personal injury action. The order denied the motion of plaintiff for a new trial.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Wall v Shepard*, 53 AD3d 1050 [2008]; *see also* CPLR 5501 [a] [2]). Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.